IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TORRANCE BUNCH, #41332177                                             PLAINTIFF

V.                                    CIVIL NO. 13-2034

REX CHRONISTER                                                        DEFENDANT

### CLERK'S ORDER

TO:   DIRECTOR, USP POLLOCK
      FEDERAL BUREAU OF PRISONS
      P. O. BOX 2099
      POLLOCK, LA 71467

On April 30, 2013, the Court entered an Order granting the plaintiff's motion to proceed *in forma pauperis*; and directing the United States District Clerk to collect the filing fee of $350.00, pursuant to 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act.

The Court further ordered the Plaintiff to pay an initial partial filing fee of $172.04, which is equal to 20 percent of the average monthly balance in the plaintiff's prisoner account for the six-month period immediately preceding the filing of the complaint, pursuant to 28 U.S.C. 1915(b)(1).

Thereafter, the plaintiff is required to make monthly payments of 20 percent of the preceding month's income credited to the plaintiff's prisoner account. These funds should be collected and paid to the Clerk, U.S. District Court, each time the amount in the prisoner account exceeds $5.00, until the filing fee is paid in full, pursuant to 28 U.S.C. 1915(b)(2).

IT IS THEREFORE ORDERED that the Director, USP Pollock, Federal Bureau of Prisons, as the plaintiff's present custodian, will collect from the plaintiff's prisoner account

an initial partial filing fee of $172.04 and will forward the amount to the Clerk, U. S. District Court.

Thereafter, the Director, USP Pollock, Federal Bureau of Prisons, and all future custodians, will collect the $177.96 balance of the filing fee by collecting monthly payments from the plaintiff's prisoner account an amount equal to 20 percent of the preceding month's income credited to the prisoner account.  These funds are to be paid to the Clerk, U. S. District Court each time the amount in the prisoner account exceeds $10.00, until the filing fee is paid in full.  Payments may be consolidated with other plaintiffs' payments and transmitted by one check with a listing of the plaintiffs' names and case numbers for which the composite check is made, with payments made no less frequently than monthly. These payments should be made payable to:

> Clerk, United States District Court
> Judge Isaac C. Parker Federal Building
> 30 South 6th Street, Room 1038
> Fort Smith, Arkansas  72901
> Attn: Financial Administrator

Dated this 6th day of May 2013.

                                          /s/  John R. Stauffer
                                          CHIEF DEPUTY CLERK